(04/2005)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON ▾

Plumbers & Pipefitters Local Union 521, et al.

v

Matheny and Sons General Contracting, LLC, and Steve Matheny, individually and as the Agent and Manager of Matheny and Sons General Contracting, LLC

ABSTRACT OF JUDGMENT

CIVIL ACTION  3:21-cv-0312

Judgment was rendered by the United States District Court for the Southern District of West Virginia at Huntington ▾ on        November 9, 2021        , in the above-entitled action, in favor of

Plumbers & Pipefitters Local Union 521, et al.

and against

Matheny and Sons General Contracting, LLC, and Steve Matheny, individually and as the Agent and Manager of Matheny and Sons General Contracting

for:

| | |
|---|---|
| $ | Principal, |
| $ | Attorney Fees, ← |
| $ | Interest, and |
| $ | Costs, for a total amount of |
| $ $66,581.31 | JUDGMENT AS ENTERED |

with legal interest thereon at         % per annum from the date of judgment, until paid.

**RORY L. PERRY II, CLERK OF COURT**                    DATE:  2/14/2022

BY:       s/Jennifer Adkins
                **DEPUTY CLERK**