IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

PLUMBERS & PIPEFITTERS LOCAL UNION 521;
PLUMBERS & PIPEFITTERS LOCAL 521 HEALTH
AND WELFARE FUND; PLUMBERS & PIPEFITTERS
LOCAL 521 PENSION FUND; PLUMBERS & PIPEFITTERS
LOCAL 521 SUPPLEMENTAL HEALTH FUND;
PLUMBERS & PIPEFITTERS LOCAL 521 ANNUITY FUND;
and PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND

        Plaintiffs,

v.                                               Civil Action No. 3:21-cv-0312

MATHENY AND SONS GENERAL CONTRACTING, LLC

and

STEVE MATHENY, individually and as the
Agent and Manager of Matheny and Sons General Contracting, LLC,

        Defendants.

### SATISFACTION OF JUDGMENT

COME NOW, the Plaintiffs, Plumbers & Pipefitters Local Union 521, et al., by and through their counsel, and hereby reports that the Defendant, Steve Matheny, has paid all monies due and owing under the Judgment Order [Doc. 17] entered on November 9, 2021. Accordingly, Plaintiffs hereby file this Satisfaction of Judgment on this 23rd day of September, 2022.

                                                                                      PLUMBERS & PIPEFITTERS LOCAL
UNION 521; PLUMBERS & PIPEFITTERS
LOCAL 521 HEALTH AND WELFARE
FUND; PLUMBERS & PIPEFITTERS
LOCAL 521 PENSION FUND;
PLUMBERS & PIPEFITTERS LOCAL
521 SUPPLEMENTAL HEALTH FUND;
PLUMBERS & PIPEFITTERS LOCAL

          **521 ANNUITY FUND and PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND**
          By Counsel,

s/ John F. Dascoli, I.D. #6303
**JOHN F. DASCOLI, PLLC**
2442 Kanawha Boulevard, East
Charleston, West Virginia 25311
(304) 720-8684 Phone
(304) 342-3651 Fax
johnfdascoli@hotmail.com